1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net
5
Attorneys for Plaintiff  TIMOTHY ZALESNY
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9
**SACRAMENTO DIVISION**
10

11
| | |
|---|---|
| TIMOTHY ZALESNY, | Case No.:  2:13-CV-1245 CMK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

18
   TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE
19
OF THE DISTRICT COURT:
20
   Plaintiff Stephanie Lang ("Plaintiff") and defendant Carolyn Colvin, Acting
21
Commissioner of Social Security ("Defendant"), through their undersigned counsel
22
of record, hereby stipulate, subject to the approval of the Court, to extend the time
23
for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to
24
January 29, 2014; and that Defendant shall have until February 28, 2014, to file his
25

26

-1-

1  opposition, if any is forthcoming.  Any reply by plaintiff will be due March 7,
2  2014.
3      An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter to avoid a confluence of due
5  dates in the midst of the holiday season as a result of the lapse in appropriations.
6  Counsel sincerely apologizes to the court for any inconvenience this may have had
7  upon it or its staff.

9  DATE: December 23, 2013     Respectfully submitted,
10                                 LAW OFFICES OF LAWRENCE D. ROHLFING
11                                 /s/ *Steven G. Rosales*
12                     BY: _____
                                Steven G. Rosales
13                                 Attorney for plaintiff TIMOTHY ZALESNY

14 DATED:  December 23, 2013   BENJAMIN WAGNER
                                United States Attorney
15
16
17                                 */S/- *Theophous H. Reagans*
18                                 _____
19                                 Theophous H. Reagans
                                Special Assistant United States Attorney
20                                 Attorney for Defendant
                                [*Via email authorization]
21
22
23
24
25
26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including January 29, 2014, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to February 28,
4  2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5  due March 7, 2014.
6  IT IS SO ORDERED.

8  Dated: January 8, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE