1    BENJAMIN B. WAGNER
     United States Attorney
2    DONNA L. CALVERT
     Acting Regional Chief Counsel, Region IX
3    Social Security Administration
     ELIZABETH FIRER
4    Special Assistant United States Attorney

5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone:  (415) 977-8937
         Facsimile:  (415) 744-0134
7        E-Mail: Elizabeth.Firer@ssa.gov

8    Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10

11                         **SACRAMENTO DIVISION**

12   TIMOTHY E. ZALESNY,              )
                                      )         CIVIL NO. 2:13-cv-01245 CMK
13          Plaintiff,                )
                                      )
14          v.                        )         STIPULATION AND ORDER
                                      )
15   MICHAEL J. ASTRUE,               )
     Commissioner of                  )
16   Social Security,                 )
                                      )
17          Defendant.                )
                                      )
18   _____)

19
         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20
     attached Order, that Defendant shall have a FIRST extension of time of 21 days, up to and including
21
     March 21, 2014, in which to respond to Plaintiff's Motion for Summary Judgment.  This extension is
22
     being sought because the undersigned counsel for the Commissioner took over briefing responsibility for
23
     this matter on February 26, 2014 and must familiarize herself with the case.  A shorter time period will
24
     not suffice because of counsel's existing work load including a Ninth Circuit oral argument on March
25
     10, 2014, which requires several days of preparation.  She also has three other district court cases to brief
26
     by March 12, 2014 and, in her role as Appellate Coordinator, must participate in two moot courts for an
27
     attorney presenting his first Ninth Circuit.
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, i.e., Plaintiff shall have 14 days from the Commissioner's new due date to file his brief to file a reply.

Respectfully submitted,

Dated: February 26, 2014

/s/ *Steven G. Rosales*
(As authorized via email)
STEVEN G. ROSALES
Attorney for Plaintiff

Dated: February 26, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration


/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.


DATED:  March 12, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE